## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS KALBRIER and CHERRIE KALBRIER, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>NAVISTAR, INC.,<br><br>            Defendant. | Case No. 1:21-cv-05203<br><br>Hon. Thomas M. Durkin<br><br>Filed Oct. 1, 2021 |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Thomas Kalbrier and Cherrie Kalbrier, through their undersigned counsel, hereby gives notice of voluntary dismissal of the above-captioned action in its entirety, with each party to bear its their own attorneys' fees and costs.

Dated: June 29, 2022

Respectfully submitted,

**THOMAS KALBRIER and CHERRIE KALBRIER**

/s/ *Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Phone: (866) 252-0878
gklinger@milberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2022, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court via the Court's CM/ECF system, which will cause a copy to be electronically served upon all counsel of record.


/s/ *Gary M. Klinger*
Gary M. Klinger